IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS, INC., a Delaware Corporation,<br>        Plaintiff<br>v.<br>WEB TELEPHONY, LLC, an Illinois Corporation, and ROBERT SWARTZ, an individual,<br>        Defendants. | Civil Action No. 1:06-cv-01146<br><br>Hon. Judge Pallmeyer<br><br>Magistrate Judge Valdez |

## DISMISSAL ORDER

Pursuant to Rule 41(a)(2) of Federal Rules of Civil Procedure, all parties who have appeared in this action, plaintiff Parus Holdings, Inc., and defendants Web Telephony, LLC and Robert Swartz, by agreement, respectfully request dismissal of this action without prejudice.

The parties agree to bear their own fees, costs and expenses.

_____
Sean Luner
Greg Dovel
Dovel & Luner LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

Timothy Haller
Kara Szpondowski
Robert Conley
Niro, Scavone, Haller & Niro
181 W. Madison St., Suite 4600
Chicago, IL 60602
(312) 236-0733
Attorneys for Defendants

_____
Steve Szczepanski
Mary Jo Boldingh
Katherine L. Tabor
Scott R. Kaspar
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60610
(312) 832-4500
Attorneys for Plaintiff

Dated: _February 21_, 2007

**SO ORDERED**

Dated: _Feb. 26_, 2007

_____
Rebecca R. Pallmeyer
United States District Court Judge